# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BOARDS OF TRUSTEES OF THE**
**OHIO LABORERS BENEFITS,**

    **Plaintiffs,**

               Case No. 2:22-cv-2659
  v.                Judge Edmund A. Sargus, Jr.
               Magistrate Judge Kimberly A. Jolson

**A & J CEMENT CONTRACTORS, INC.,**

    **Defendants.**

## ORDER GRANTING STAY

This matter is before the Court on the parties' Joint Motion to Stay the Case (ECF No. 7). The parties report they are actively engaged in settlement negotiations and seek to stay the case for 90 days to focus on settlement rather than pretrial filings and discovery. For good cause shown, the Court **GRANTS** the motion. The parties shall file a status report in 90 days on October 24, 2022, unless the parties report that they have settled and plaintiff files a dismissal earlier.

    IT IS SO ORDERED.


**7/26/2022**                                                s/Edmund A. Sargus, Jr.
**DATED**                                                       EDMUND A. SARGUS, JR.
                                                                 UNITED STATES DISTRICT JUDGE