# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BOARDS OF TRUSTEES OF THE**
**OHIO LABORERS BENEFITS,**

    **Plaintiffs,**

    v.

**Case No. 2:22-cv-2659**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**A & J CEMENT CONTRACTORS, INC.,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Second Joint Motion to Stay the Case. (ECF No. 10.) The parties report that they are actively engaged in settlement negotiations and seek to stay the case for an additional 90 days to focus on settlement rather than pretrial filings and discovery. For good cause shown, the Court **GRANTS** the motion. The parties shall file a status report in 90 days on January 23, 2023, unless the parties report that they have settled and Plaintiff files a dismissal earlier.

    IT IS SO ORDERED.


**10/26/2022**                                                 **s/Edmund A. Sargus, Jr.**
**DATED**                                                   **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**