# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BOARDS OF TRUSTEES OF THE**
**OHIO LABORERS BENEFITS,**

    **Plaintiffs,**

  v.                                **Case No. 2:22-cv-2659**
                                    **Judge Edmund A. Sargus, Jr.**
                                    **Magistrate Judge Kimberly A. Jolson**

**A & J CEMENT CONTRACTORS, INC.,**

    **Defendant.**

## ORDER

    This matter is before the Court on the parties' Joint Status Report and Third Joint Motion to Stay. (ECF No. 12.) The parties state that on December 20, 2022, Defendant granted Plaintiff full access to its relevant financial records and Plaintiffs performed the audit sought in the Complaint at the offices of Defendant's counsel. The parties report that, following this audit, they have been actively negotiating the terms of settlement. In order to afford the parties additional time to informally resolve this matter, the parties request an order staying the case for an additional 90 days. For good cause shown, the Court **GRANTS** the motion. (ECF No. 12.) The parties shall file a status report in 90 days on April 24, 2023, unless the parties report that they have settled and Plaintiff files a dismissal earlier.

    **IT IS SO ORDERED.**


**1/24/2023**                                                             **s/Edmund A. Sargus, Jr.**
**DATED**                                                              **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**